**Law Office of**
**ARTHUR SANDERS, ESQ.**
**2 Perlman Drive – Suite 301**
**Spring Valley, New York  10977-5230**
**845-352-7272**
**FAX:  845-352-8131**

May 2, 2005

Honorable James Orenstein
US Magistrate Judge
Long Island Federal Courthouse
100 Federal Plaza
Central Islip NY 11722

**RE:  Stephanie Gariulo and Joseph Gargiulo vs.**
      **Client Services, Inc. and Brie Hendersike**
      <u>Docket No. 04-CV-5410</u>

Dear Judge Orenstein:

Please be advised that this office represents the defendants in the above captioned matter.  An initial conference was held on March 16, 2005 and a scheduling order was prepared and ordered by the Court on that date.

Plaintiff's counsel served this office with its Rule 26(a)(1) Disclosures a few days after the conference and those disclosures revealed that plaintiffs are in possession of audio tapes of certain conversations between them and representatives of the defendant.  Plaintiffs' counsel has not turned over these audio tapes despite demand by this office.

Copies of these tapes should have accompanied plaintiffs' Rule 26(a)(1) Disclosures and plaintiffs' counsel has not indicated when he plans to turn over these tapes to defendants. Obviously, defendants cannot adequately address plaintiffs' contentions without reviewing the audio tapes.

Defendants are now requesting the Court to order plaintiffs' counsel to immediately turn over copies of the audio tapes to this office.

Sincerely,


ARTHUR SANDERS
AS:mc