DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHANIE GARGIULO, et al.,

                Plaintiff,

- against -

CLIENT SERVICES, INC., et al.,

                Defendants.
-----------------------------------------------------------X

**MEMORANDUM AND ORDER**

CV 04-5410 (TCP)(JO)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 27 2005 ★
LONG ISLAND OFFICE

PLATT, District Judge:

    Before the Court is a Report and Recommendation of U. S. Magistrate Judge James Orenstein dated September 14, 2005, which determined that plaintiff's motion for attorneys' fees should be denied as moot because the issue was settled by the parties.

    No objections to the Report having been filed, the Report is **AFFIRMED** and **ADOPTED** as an Order of this Court, and plaintiff's request is hereby **DENIED**

**SO ORDERED**.

                                  Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
        September 27, 2005